IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01437-AP

CHARLES PURDY,

      Plaintiff,

  v.

CAROLYN W. COLVIN,
      Acting Commissioner of Social Security,

      Defendant.

## ORDER

Upon review of Defendant's Unopposed Motion to Remand for Further Proceedings filed on December 12, 2014,

**IT IS ORDERED** that said motion is granted. Pursuant to sentence four of 42 U.S.C. § 405(g), the Court orders that Defendant will remand the matter to an administrative law judge (ALJ) for further administrative proceedings on Plaintiff's application for disability insurance benefits and supplemental security income, including a *de novo* hearing and a new decision. Upon remand, the agency will direct the ALJ to: (1) further evaluate the medical and other opinions of record, explaining the reasons for the weight given to these opinions; (2) further consider Plaintiff's subjective complaints; (3) further evaluate Plaintiff's residual functional capacity; and (4) if warranted by the expanded record, obtain supplemental evidence from a vocational expert at step five of the sequential evaluation process.

Further, the Clerk will enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Shaefer,* 509 U.S. 292, 296-302 (1993).

DATED this 12th day of December, 2014.

      *s/John L. Kane*
      JOHN L. KANE
      UNITED STATES DISTRICT COURT JUDGE