IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. 1:14-cv-01437-AP

Charles Purdy,

       Plaintiff,

     v.

CAROLYN W. COLVIN,
       Acting Commissioner of Social Security,

       Defendant.

---

## ORDER

---

Upon consideration of the parties' stipulated motion for fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 *et seq*., IT IS HEREBY ORDERED:

1.     Defendant will pay Plaintiff a total of $3601.42 in EAJA fees, which will be delivered to the office of Plaintiff's attorney, Nicholas Purifoy.

2.     Defendant's payment of this amount bars any and all claims Plaintiff may have relating to EAJA fees and expenses in connection with this action.

3.     Defendant's payment of this amount is without prejudice to Plaintiff's right to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

DATED this 17th day of December, 2014.

BY THE COURT:


_s/**John L. Kane**_____
John L. Kane
United States District Judge